

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

March 29, 2017

RE: Malone v. Henry County Jail et al

Case No: 17-cv-384

Dear Clerk:

Pursuant to the order entered by Honorable **John Robert Blakey**, on 3/13/2017, the above record

■ was electronically transmitted to: **United States District Court for the District of Delaware**

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                                 Sincerely yours,

                                                 Thomas G. Bruton, Clerk

                                                 By:    /s/ Kerwin Posley
                                                           Deputy Clerk

Enclosures

New Case No. _____      Date _____

cc:    Non-ECF Attorneys and Pro se Parties